NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE, MOHAMED SHEHAB, SAID MAROUF, CHRISTOPHER GERALD HUDEL,**
*Appellants*

_____

2018-2013

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/750,107.

_____

## JUDGMENT

_____

JEREMY COOPER DOERRE, Tillman Wright PLLC, Charlotte, NC, argued for appellants.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, BRIAN RACILLA, COKE MORGAN STEWART.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 15, 2019                         /s/ Peter R. Marksteiner
Date                                Peter R. Marksteiner
                                    Clerk of Court